UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| MARC SCHIELE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO:  3:24-cv-00030-MPB-CSW |
| | ) | |
| CITY OF EVANSVILLE | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST**

The Defendant, City of Evansville ("City" or "Defendant"), by counsel, submits a preliminary list of the witnesses it may call and the exhibits it may utilize in defending claims brought by the Plaintiff, Marc Schiele.

**WITNESSES**

For its preliminary list of witnesses Defendant submits the following:

(1)    Evansville Fire Department Chief Tony Knight

(2)    Dr. Carolyn B. Hines, M.Ed., Ph.D.

(3)    Tamara Payne, Executive Director, City Human Resources

(4)    Former Evansville Fire Department Chief, Mike Connelly

(5)    Any other current or former employee of the Evansville Fire Department

(6)    Plaintiff's treating physicians and health care providers

(7)    Plaintiff, Marc Schiele

(8)    Any persons identified during discovery in this case.

(9)    Any person deposed or mentioned during a deposition in this case.

(10)    Any person identified on the Plaintiff's Preliminary Witness List.

(11)    Any and all witnesses necessary to authenticate documents obtained from third parties and/or to authenticate documents listed on Defendant's Exhibit List.

(12)    All witnesses listed by Plaintiff and witnesses discovered or disclosed by Plaintiff or Defendant prior to trial or during the course of discovery.

(13)    Any witnesses required for rebuttal, surrebuttal, and/or impeachment purposes.

The Defendant reserves the right to add expert witnesses at any time within the time frames provided and allowed by the Case Management Plan and other pre-trial orders.

Because trial preparation is ongoing, the Defendant will amend and supplement this preliminary witness list prior to the date of trial.

## **EXHIBITS**

For its preliminary list of exhibits Defendant submits as follows:

(1)    Plaintiff's personnel and medical records and any other employment related records.

(2)    Any documents related to Plaintiff's Charge of Discrimination.

(3)    Any documents related to Plaintiff's participation in the process and procedures for disability benefits including but not limited to records documenting his receipt of disability benefits, records of the hearing and decision of the EFD Pension Board and the Indiana Pension Retirement System (INPRS) from whom Plaintiff receives disability benefit payments.

(4)    Plaintiff's individual tax returns and W-2's;

(5)    Documents generated by or submitted by the parties to the EEOC;

(6)    All documents identified in the Plaintiff's Initial Disclosures;

(7)    Plaintiff's deposition testimony;

(8)    Defendant's deposition testimony;

(9)    All documents produced in response to Plaintiff's discovery requests.

(10)    All documents produced by Plaintiff in response to Defendant's discovery requests.

(11)    All pleadings in this action.

(12)    All exhibits marked, identified or referred to in depositions taken in this cause.


Defendant does not hereby stipulate to the authenticity or admissibility of any of the foregoing items.  Because trial preparation is ongoing, the Defendant reserves the right to deviate from this preliminary list of documents and to introduce documents into evidence not listed above discovered during the course of this litigation and for the purpose of impeachment, rebuttal or surrebuttal.

Respectfully submitted,

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

*James P. Casey*
James P. Casey, #3792-82
Matthew S. Koressel, #35276-49
Ziemer, Stayman, Weitzel & Shoulders, LLP
20 NW First Street, 9th Floor
P.O. Box 916
Evansville, IN 47706-0916
Tel: (812) 424-7575
Fax: (812) 421-5089
E-Mails: jcasey@zsws.com and mkoressel@zsws.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Kyle F. Biesecker and Lauren E. Berger
BIESECKER DUTKANYCH & MACER, LLC
kfb@bdlegal.com
lberger@bdlegal.com

*James P. Casey*
James P. Casey

3