**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | | |
|---|---|---|
| **MARC SCHIELE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 3:24-cv-30-MPB-CSW** |
| | ) | |
| **CITY OF EVANSVILLE,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND**
**DESIGNATION OF EVIDENCE**

Comes now Defendant, City of Evansville, by counsel, pursuant to Fed R. Civ. P. 56 and hereby moves the Court to enter summary judgment in its favor on all counts asserted by Plaintiff against Defendant. No genuine issue exists as to any material fact regarding Plaintiff's claims, and based upon the undisputed material facts, the City is entitled to judgment as a matter of law.

In support of this Motion, Defendant also submits its supporting Brief and further designates the following evidence upon which they rely in support of their motion for summary judgment:

A.    Affidavit of Anthony W. Knight (Knight Aff.);

    1.    Attachment A, Findings of Fact and Determination of Disability "Findings of Fact and Determination of Disability;"

    2.    Attachment B, EFD Policy 100.007 "EFD Policy 100.007;"

B.    Affidavit of Carolyn B. Hines (Hines Aff.);

    1.    Attachment A, Adult Psychological Examination of Marc Schiele "2/18/22 Examination Report;"

2. Attachment B, Adult Psychological Examination and 6-Month Follow-Up of Marc Schiele "7/22/22 Examination Report;"

3. Attachment C, Adult Psychological Examination of Marc Schiele "8/26/22 Examination Report;"

4. Attachment D, Adult Psychological Examination and Follow-Up of Marc Schiele "10/21/22 Examination Report;"

C. Excerpts of the Deposition Transcript of Marc Schiele (Schiele Dep.), with exhibits;

1. Ex. 14, 12/8/22 Email "12/8/22 Email;"

2. Ex. 15, Accommodations Request "Accommodations Request;"

D. Excerpts of the Deposition Transcript of Chief Tony Knight (Knight Dep.), with exhibits;

1. Ex. 4, Email from Tamara Payne from Tony Knight Dated 11 Jul 2022 "7/11/22 Letter;"

E. Excerpts of the Deposition Transcript of Charles Michael Connelly (Connelly Dep.), with exhibits;

1. Ex. 22, February 2022 Email Chain "2/22 Email Chain;"

F. Excerpts of the Deposition Transcript of Paul Anslinger (Anslinger Dep.);

G. NFPA 1582: Essential Job Tasks "Essential Job Tasks;"

H. 12/15/22 Letter from Dr. Ahmed "12/15/22 Letter;"

I. Plaintiff's Response to Defendant's First Request for Production No. 4;

1. Plaintiff's Charge of Discrimination "Charge of Discrimination;"

J. Plaintiff's Responses to Defendant's First Set of Interrogatories;

K. Plaintiff's Complaint (originally filed at Dkt No.1);

L.      All other pleadings filed herein.

**WHEREFORE**, Defendant respectfully moves the Court to enter summary judgment in its favor and against Plaintiff in this matter, and for all other just and proper relief in the premises.

Respectfully submitted,

ZIEMER STAYMAN WEITZEL SHOULDERS, LLP

*/s/ Matthew S. Koressel*
James P. Casey, #3792-82
Matthew S. Koressel, #35276-49
Ziemer, Stayman, Weitzel & Shoulders, LLP
20 NW First Street, 9th Floor
P.O. Box 916
Evansville, IN 47706-0916
Tel: (812) 424-7575
Fax: (812) 421-5089
E-Mails: jcasey@zsws.com and mkoressel@zsws.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Kyle F. Biesecker and Lauren E. Berger
BIESECKER DUTKANYCH & MACER, LLC
kfb@bdlegal.com
lberger@bdlegal.com

*Matthew S. Koressel*
Matthew S. Koressel